IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STANFORD GROUP COMPANY, | § § | |
| Applicant, | § § | |
| V. | § § | CIVIL ACTION NO. H-04-4163 |
| LEYLA M. BASAGOITIA, | § § § | |
| Respondent. | § | |

## ORDER GRANTING DISMISSAL

On this day, the Court considered Applicant's Notice of Dismissal of its claims against Leyla M. Basagoitia ("Respondent"). After considering the notice, the Court GRANTS the notice and dismisses Applicant's claims against Respondent.

It is, therefore, ORDERED that Applicant's claims against Respondent are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

SIGNED at Houston, Texas on this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE